HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

US BANK TRUST, NATIONAL ASSOCIATION,

        Plaintiff,

   v.

DIANNA MOSEID, et al.,

        Defendants.

CASE NO. C13-1856RAJ

ORDER

This matter comes before the court on plaintiff's motion to remand. Dkt. # 6. Defendants have not opposed the motion to remand, or otherwise responded. *See* Local Rules W.D. Wash. CR 7(b)(2) ("If a party fails to file papers in opposition to a motion, such failure may be considered by the court as an admission that the motion has merit.").

The court has reviewed the complaint for unlawful detainer and finds that this court lacks subject matter jurisdiction. Dkt. # 1 at 9-11, Ex. A.

For all the foregoing reasons, the court GRANTS plaintiff's motion to remand. The court ORDERS the Clerk of Court to REMAND this case to the Superior Court of the State of Washington for King County.

ORDER- 1

1    Dated this 19th day of December, 2013.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER- 2